UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>Shaun J Parr<br><br>      Debtor(s). | Chapter   13<br><br>Case No.   24-35097<br><br>**NOTICE OF APPEARANCE AND<br>REQUEST FOR SERVICE OF PAPERS** |

     PLEASE TAKE NOTICE that the firm DAVIDSON FINK LLP is appearing for the following party in the above named bankruptcy case:

     Rocket Mortgage, LLC f/k/a Quicken Loans, LLC

     This party is a party in interest in this case and is a secured creditor of the Debtor(s):

     Shaun J Parr

     Pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned hereby requests that all notices given or requested to be given and all papers served or required to be served in this case be given to and served upon the undersigned at the address listed above.

Dated: February 7, 2024

                                     DAVIDSON FINK LLP
                                     Attorneys for Secured Creditor

                      By:    /s/ MIRANDA L. JAKUBEC ESQ.

                                   MIRANDA L. JAKUBEC ESQ.
                                   400 Meridian Centre Blvd., Ste. 200
                                   Rochester, New York  14618