Law Offices of Wenarsky and Goldstein, LLC
410 State Route 10 West
Suite 214
Ledgewood, NJ 07852
TEL: (973) 927-5100
FAX: (973) 927-5252
Scott J. Goldstein, Esq. (4291811)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

| | |
|---|---|
| In re: | Case No. 24-35097 |
| Shaun Parr | Chapter 13 |
| Chapter 13 Debtor | Hon. Cecelia G. Morris |

------------------------------------------------------------------X

### MOTION TO EXTEND THE AUTOMATIC STAY

**SHAUN PARR**, the Debtor in the above-captioned matter, by and through the undersigned

counsel, as and for their Motion seeking on Order extending the Automatic Stay pursuant to 11

U.S.C. 362(c)(3), states as follows:

1. The Debtor filed the within case on January 31, 2024.

2. The Debtor was the debtor in case no 20-35527 filed in 2020 and thereafter dismissed on February

   6, 2023.

3. The debtor, in his  Declaration, recites that he was in a confirmed plan, which was dismissed when

   he ran into financial problems and could not maintain the Plan.

4. The Debtor is now more financially stable and can sustain the Plan as filed in this case.

5. Pursuant to 11 U.S.C. §362(c)(3)(B), this debtor only has a stay of 30 days from the date of filing

   unless this Court, for cause, permits an extension of the stay.

6. The Court must find that the instant case was filed in good faith pursuant to 11 U.S.C.

   §362(c)(3)(C).

7. In order to determine whether there is good faith in this case, the Debtor must show a substantial

   change in personal or financial affairs that will lead (in this case) to a confirmable Plan.  11 U.S.C.

   362(c)(3)(C)(i)(III).

8. Courts look to the totality of the circumstances in these cases to determine good faith. *See e.g. In re Oglesby,* 158 B.R. 602 (E.D.Pa. 1993)

9. The debtor has had a financial setback and is now more financially stable.

10. He can cure the arrears on his home and will pay 100% to his unsecured creditors.

11. The Debtor's plan is feasible per the filed schedules. As such, the creditors will get treated fairly and paid their fair share or have their arrears cured.

12. As such, the totality of circumstances dictate that the Court should extend the automatic stay.

**WHEREFORE**, the Debtor respectfully requests that the Court grant the within motion.

Dated: Ledgewood, New Jersey     **LAW OFFICES OF WENARSKY AND GOLDSTEIN, LLC**
February 8, 2024

By:    /s/Scott J. Goldstein
SCOTT J. GOLDSTEIN
410 Route 10 West, Ste 214
Ledgewood, NJ 07852
Tel: 973-927-5100
Fax: 973-927-5252
scott@wg-attorneys.com
*Attorney for Debtor*