Law Offices of Westarsky and Goldstein, LLC
410 State Route 10 West
Suite 214
Ledgewood, NJ 07852
TEL: (973) 927-5100
FAX: (973) 927-5252
Scott J. Goldstein, Esq. (4291811)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X

In re:                                    Case No. 24-35097

    Shaun Parr                           Chapter 13

        Chapter 13 Debtor            Hon. Cecelia G. Morris

-----------------------------------------------------------------------X

**DECLARATION OF DEBTOR IN SUPPORT OF MOTION TO EXTEND STAY**

**SHAUN PARR**, of full age, declares as follows under penalty of perjury and pursuant to 28 USC 1746:

1. I am an adult resident of the State of New York and the debtor in this Chapter 13 case.

2. I was the debtor in case no. 20-35527, which was dismissed on February 6, 2023.

3. This case was filed on January 31, 2024, less than one year from the prior dismissal. It is my understanding that because of this I am only entitled to a 30 day stay unless same is otherwise extended.

4. At the time of the prior case's collapse, my family's finances were less stable. I have since obtained more stable employment, which allows for me to propose the Plan filed in this case to cure the significant mortgage arrears that I am addressing in this present case.

5. I am not seeking to defraud or delay my creditors. I simply want to pay my creditors and cure the arrears in my mortgage.

6. For the foregoing reasons, I am asking this Court to grant my motion to extend the automatic stay in this case.

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS MADE BY ME ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND INFORMATION. I UNDERSTAND THAT IF ANY OF THE FOREGOING STATEMENTS MADE BY ME ARE WILLFULLY FALSE, I AM SUBJECT TO PUNISHMENT.

Dated: February 8, 2024                         _____/s/Shaun Parr_____
                                                                        SHAUN PARR