Law Offices of Wenarsky and Goldstein, LLC
410 State Route 10 West
Suite 214
Ledgewood, NJ 07852
TEL: (973) 927-5100
FAX: (973) 927-5252
Scott J. Goldstein, Esq. (4291811)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

| | |
|---|---|
| In re: | Case No. 24-35097 |
| Shaun Parr | Chapter 13 |
| Chapter 13 Debtor | Hon. Cecelia G. Morris |

------------------------------------------------------------------X

### ORDER EXTENDING AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(C)(3)

**THIS MATTER**, having been opened to the Court on the motion of the debtor, Shaun Parr, seeking an

Order pursuant to 11 U.S.C. §362(c)(3) extending the automatic stay as to all creditors in the within Chapter

13 matter beyond 30 days, and the Court having reviewed the papers submitted in support and in opposition

to the Motion, and the Court having found that there are sufficient changed circumstances to warrant an

extension of the Stay, and the Court having found that the within case was filed in good faith, and for the

reasons set forth on the record at the hearing on February 27, 2024 and for good cause shown:

     **IT IS HEREBY ORDERED**, that the Debtor's Motion to Extend the Automatic Stay be and is

hereby granted; and it is further

     **ORDERED**, that the automatic stay imposed by 11 U.S.C. §362(a) is hereby extended until the

confirmation, dismissal or conversion of the case..

     **ORDERED** that the Debtor shall serve a copy of this Order on the Chapter 13 Trustee, the U.S.

Trustee, and any all creditors within seven (7) days of the entry hereof.