24-35097-cgm    Doc 8-2    Filed 02/08/24    Entered 02/08/24 16:34:24    proposed order
Pg 1 of 1

Law Offices of Wonarsky and Goldstein, LLC
410 State Route 10 West
Suite 214
Ledgewood, NJ 07852
TEL: (973) 927-5100
FAX: (973) 927-5252
Scott J. Goldstein, Esq. (4291811)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------X

| | |
|---|---|
| In re: | Case No. 24-35097 |
| Shaun Parr | Chapter 13 |
| Chapter 13 Debtor | Hon. Cecelia G. Morris |

-------------------------------------------------------------------------X

**ORDER SCHEDULING EXPEDITED HEARING AND SHORTENING NOTICE FOR MOTION TO EXTEND THE AUTOMATIC STAY PURSUANT TO 11 USC 362(C)(3)**

**THIS MATTER**, having been opened to the Court on the motion of the Debtor, Shaun Parr, dated February 8, 2024, for an Order pursuant to Fed.R. Bankr. P. 9006(c), setting an expedited hearing and shortening the time for notice of the Hearing to consider the debtor's motion to Extend the Automatic Stay, and the Court having heard the motion on February 27, 2024 and no opposition thereto having been filed, is is hereby:

**ORDERED**, that the motion be and is hereby granted; and it is further

**ORDERED** that a hearing on the Debtor's motion to extend the automatic stay be held on February 27, 2024; and it is further

**ORDERED** that any responses or objection to the motion must be filed and served no later than February 20, 2024 at 9:00 am; and it is further

**ORDERED** that the debtor may take any necessary action to effectuate this Order.