Law Offices of Wedinsky and Goldstein, LLC
410 State Route 10 West
Suite 214
Ledgewood, NJ 07852
TEL: (973) 927-5100
FAX: (973) 927-5252
Scott J. Goldstein, Esq. (4291811)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------X

| | |
|---|---|
| In re: | Case No. 24-35097 |
| Shaun Parr | Chapter 13 |
| Chapter 13 Debtor | Hon. Cecelia G. Morris |

----------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

The undersigned certifies that on  February 8, 2024 , a copy of the annexed papers was Served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New Jersey, upon *[below specify the name and mailing address of each party served]*:

| | |
|---|---|
| CAPITAL ONE<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130 | ROCKET MORTGAGE, LLC<br>Attn: Officer<br>1050 WOODWARD AVE<br>DETROIT, MI 48226 |
| CITIBANK<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 | Miranda L. Jakubec, Esq.<br>Davidson Fink, LLP<br>400 Meridian Centre, Suite 200<br>Rochester, NY 14618 |
| IRS Attn: Centralized Insolvency<br>PO Box 7346<br>Philadelphia, PA 19101 | Thomas C. Frost, Esq.<br>Standing Chapter 13 Trustee<br>399 Knollwood Road, Suite 102<br>White Plains, NY 10603 |
| NY State Division of Taxation<br>Bankruptcy/Special Procedures Section<br>PO Box 5300<br>Albany, NY 12205 | |

Dated:  February 8, 2024                           /s/Scott J. Goldstein
                                                                                         *(Signature)*

2