# LAW OFFICES OF WENARSKY AND GOLDSTEIN, LLC

**JACK E. WENARSKY, ESQ.**\*\*
**SCOTT J. GOLDSTEIN, ESQ.**\*\*
\*\*ADMITTED IN NY AND NJ

**ATTORNEY'S CONTACT**
Scott J. Goldstein
Direct Phone:    (973) 453-2871
Direct Email:    Scott@wg-attorneys.com

**LEDGEWOOD**
410 STATE ROUTE 10 WEST, STE 214
LEDGEWOOD, NJ 07852

**NEW YORK CITY**
43 WEST 43RD STREET, STE 188
NEW YORK, NY 10036
BY APPOINTMENT ONLY

February 8, 2024

**Via CM/ECF**
Honorable Cecelia Morris
United States Bankruptcy Court, Southern District of New York
355 Main St
Poughkeepsie, NY 12601

        **In re: Shaun Parr Case No. 24-35097**
            **Chapter 13 Bankruptcy**

Dear Judge Morris:

    Please accept this letter withdrawing the motion to shorten time filed today in connection with the motion to extend the automatic stay filed in this case. I miscalculated the amount of time required to have a motion properly served in the Southern District.

    Kindly let the motion to extend the stay remain on the calendar

                                                         Respectfully,

                                                    /s/Scott J.Goldstein
                                                   Scott J. Goldstein, Esq.

---

**North Jersey Office**

410 State Route 10 West, Ste 214
Ledgewood, NJ 07852

Tel:  973-927-5100
Fax:  973-927-5252

info@wg-attorneys.com
www.wg-attorneys.com

**New York Office**

43 West 43rd Street, Ste 188
New York, NY 10036-7424

By Appointment Only