Law Offices of Wanarsky and Goldstein, LLC
410 State Route 10 West
Suite 214
Ledgewood, NJ 07852
TEL: (973) 927-5100
FAX: (973) 927-5252
Scott J. Goldstein, Esq. (4291811)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

In re:	Case No. 24-35097

   Shaun Parr	Chapter 13

      Chapter 13 Debtor	Hon. Cecelia G. Morris

-----------------------------------------------------------------X

**ORDER EXTENDING AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(C)(3)**

**THIS MATTER**, having been opened to the Court on the motion of the Debtor, Shaun Parr, seeking an Order pursuant to 11 U.S.C. §362(c)(3) extending the automatic stay as to all creditors in the within Chapter 13 matter beyond 30 days, and the Court having reviewed the papers submitted in support and in opposition to the Motion, and the Court having found that there are sufficient changed circumstances to warrant an extension of the Stay, and the Court having found that the within case was filed in good faith, and for the reasons set forth on the record at the hearing on February 27, 2024 and for good cause shown:

   **IT IS HEREBY ORDERED**, that the Debtor's Motion to Extend the Automatic Stay be and is hereby granted; and it is further

   **ORDERED**, that the automatic stay imposed by 11 U.S.C. §362(a) is hereby extended until the confirmation, dismissal or conversion of the case..

   **ORDERED** that the Debtor shall serve a copy of this Order on the Chapter 13 Trustee, the U.S. Trustee, and any all creditors within seven (7) days of the entry hereof.

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**

**Dated: March 11, 2024**
**Poughkeepsie, New York**